# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SWEENEY,<br><br>    Movant,<br><br>    v.<br><br>INSPECTOR GENERAL OF THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>    Respondent. | **14-mc-54 GSA**<br><br>**ORDER REQUIRING THAT THE GOVERNMENT FILE A RESPONSE NO LATER THAN OCTOBER 10, 2014** |

On August 15, 2014, the movant, Michael Sweeney ("the movant"), filed a Motion for an Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978 ("RFPA"), 12 U.S.C. § 3401 *et seq*. (Docs. 2 and 3). Pursuant to 12 U.S.C. 3410 (b) this Court orders the Respondent, the Inspector General of the United States Department of Agriculture ("the government") to file a sworn response to the movant's motion. This response shall be filed no later than **October 10, 2014**, and shall include a declaration or other proof identifying when the Subpoena Duces Tecum was mailed or served on the movant so the Court may assess the timeliness of the movant's filing. 12 U.S.C. § 3410(a) ("a customer of a financial institution "may file a motion to quash an administrative summons or subp[o]ena, or an application

to enjoin a Government authority from obtaining financial records pursuant to a formal written request" within "*ten days of service or within fourteen days of mailing*" of said summons or subpoena).

The government has not yet appeared in this action. Accordingly, the movant shall serve a file-stamped copy of his motion and the sworn statement (Docs. 2 and 3) *and* a copy of this order by delivering or mailing *by registered mail or certified mail* to :

> Christy A. Slamowitz
> Counsel to the Inspector General
> U.S. Department of Agriculture
> Jamie L. Whitten Building
> 1400 Independence Avenue SW
> STOP 2308, Room 441-E
> Washington, D.C. 20250-2308

The movant shall file a proof of service no later than **September 12, 2014**. The proof of service shall contain a statement under penalty of perjury identifying the date the above documents were served, the method of service, as well as the person served. The movant is advised that "a consumer's ability to challenge a subpoena is cabined by strict procedural requirements." *S.E.C. v. Jerry T. O'Brein, Inc.*, 467 U.S. 735, 745 (1984). **Failure to comply with this order may result in dismissal of this action.**

The Clerk of the Court is also directed to serve the government with a copy of this order at the above address via first-class mail.

IT IS SO ORDERED.

   Dated:   **September 5, 2014**                    **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE